**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ABREU**, *individually, and on behalf of all others similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **EARTHLY BODY, INC.,** <br><br> **Defendant.** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 11/3/2022 <br><br> 22-cv-01328 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.** The Court hereby adjourns all upcoming conferences and deadlines.

**SO ORDERED.**

Dated:   November 3, 2022
         New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**