UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, Individually, and On Behalf
of All Others Similarly Situated,

Plaintiff,

vs.

EARTHLY BODY, INC.,

Defendant.

x
:
:    Case No.: 1:22-cv-01328
:
:
:
:
:    **NOTICE OF VOLUNTARY DISMISSAL**
:
:
:
:
:
:
:
x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Earthly Body, Inc.

DATED:  October 3, 2023                    **MIZRAHI KROUB LLP**

                                                      /s/ *Edward Y. Kroub*
                                                      EDWARD Y. KROUB

                                          Edward Y. Kroub
                                          225 Broadway, 39th Floor
                                          New York, NY  10007
                                          Telephone:  212/595-6200
                                          212/595-9700 (fax)
                                          ekroub@mizrahikroub.com


                                          *Attorneys for Plaintiff*